AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2025 JAN 30 PM 3:48

BY _____AL_____
 CLERK
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

United States of America
v.

TERESA YOUNGBLUT

Defendant

)
)
)
)
)
)
)

Case No. 2:25-mj-5 -1

RCVD U.S. MARSHALS VT
JAN 22 2025 PM 04:24

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     TERESA YOUNGBLUT   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

On or about January 20, 2025, the defendant intentionally used a deadly weapon - a firearm - while forcibly assaulting, resisting, opposing, impeding, intimidating or interfering with federal law enforcement agents, in violation of (18 U.S.C. § 111(a) and (b)).
On or about January 20, 2025, the defendant used and discharared a firearm during and in relation to the assualt with a deadly weapon, in violation of (18 U.S.C. § 924(c)(1)(A)(iii)).

Date: 1/22/25

City and state: Burlington, VT

_____
Issuing officer's signature

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/22/25 , and the person was arrested on *(date)* 1/24/25 at *(city and state)* Lebanon, NH .  |
| Date: 1/27/25           Arresting officer's signature           Carl Staley SD USM    *Printed name and title* |