U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 FEB -6 PM 2: 17

BY _____ CLERK
         DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case no. 2:25-cr-15-1 |
| ) | |
| TERESA YOUNGBLUT, ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### Count One

On or about January 20, 2025, in the District of Vermont, the defendant, TERESA YOUNGBLUT, used a deadly weapon—to wit: a firearm—while knowingly and forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with an officer and employee of the United States as designated in 18 U.S.C. § 1114—United States Border Patrol Agent D.C.M.—while he was engaged in and on account of his performance of official duties.

(18 U.S.C. §§ 111(a)(1) and 111(b))

1

## Count Two

On or about January 20, 2025, in the District of Vermont, the defendant, TERESA YOUNGBLUT, knowingly carried, brandished, and discharged a firearm—to wit: a Glock model 23 .40-caliber pistol—during and relation to a crime of violence for which she may be prosecuted in a court of the United States—to wit: the forcible assault with a deadly weapon alleged in Count One.

(18 U.S.C. § 924(c)(1)(A)(iii))

Forfeiture Notice

1. The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference to allege forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c), the defendant, TERESA YOUNGBLUT, shall forfeit to the United States any firearm and ammunition involved in the commission of the offense. The property to be forfeited includes:

    a. One Glock model 23 .40-caliber pistol seized from her person; and

    b. Any live rounds of ammunition from the firearm's magazines.

(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c))

A TRUE BILL

FOREPERSON

*Michael P Drescher*
MICHAEL P. DRESCHER (MJL)
Acting United States Attorney
Burlington, Vermont
February 6, 2025