UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 SEP -4 PM 4: 59

CLERK

BY   e pc
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:25-cr-15-1-cr |
| | ) |
| TERESA YOUNGBLUT, | ) |
| Defendant. | ) |

**MOTION FOR ADMISSION OF ATTORNEY CHRISTINE LEHMANN TO PRACTICE BEFORE THIS COURT PRO HAC VICE**

Pursuant to Local Rule of Procedure 83.1(b) and (b)(l) and (2), the undersigned counsel for Teresa Youngblut, and a member in good standing of the Bar of this Court, hereby moves for the admission to practice before this Court, in the above-captioned matter, of Christine Lehmann, a member of the Bar of the Fifth Circuit Court of Appeal, the Eastern and Middle Districts of Louisiana, the Eastern District of Texas, and the state of Louisiana. Ms. Lehmann's admission is sought so that she can represent Teresa Youngblut as learned counsel in this matter. As required by the Local Rules of Procedure, attorney Lehmann is providing a supporting affidavit.

The basis for this motion is as follows:

1. Christine Lehmann is a member in good standing of both the bar of a Federal Court and of the state of Louisiana. She has practiced in several United States District Courts as counsel of record. She has not been disciplined by any court within the meaning of Local Rule of Procedure 83.1(b)(2)(B), and otherwise meets the requirements set forth for admission Pro Hac Vice in this Court.

2. Ms. Lehmann's supporting declaration states that she is familiar with the Federal Rules of Criminal Procedure and that he has reviewed the Local Rules of the

1

United States District Court for the District of Vermont. She will be registering to use the ECF system in this District.

3. Ms. Lehmann is submitting a copy of her certificate of good standing as part of this application in compliance with Local Rule of Procedure 83.1(b)(2)(D). As required by the pertinent Local Rule of Procedure, attorney Lehmann will be associated in this action with undersigned counsel, who is a member of the bar of this Court and will be associated with a member of the bar of this Court at all times.

WHEREFORE, the undersigned respectfully moves this Court to enter an order granting this motion and thus allowing attorney Christine Lehmann to represent Teresa Youngblut in further proceedings in the above captioned matter. A proposed order is submitted for the Court's consideration.

Dated: September 4, 2025

By: /s/ Steven L. Barth
STEVEN L. BARTH
Assistant Federal Public Defender
Office of the Federal Public Defender
District of Vermont
95 Pine Street, Suite 150
Burlington, Vermont 05401
Phone: (802) 862-6990
Email: Steven_Barth@fd.org

Counsel for Teresa Youngblut