UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA,     )
     Plaintiff,            )
        v.             )
                      )     Case No. 2:25-cr-00015-cr-1
TERESA YOUNGBLUT,        )
     Defendant.         )

NOTICE OF APPEARANCE

NOW COMES Rebekka Higgs who hereby enters her appearance by and on behalf of

the above-named defendant, Teresa Youngblut.


Dated:    June 26, 2026.


By:    */s/ Rebekka Higgs*
       Rebekka Higgs
       PO Box 134
       Conifer, CO 80433
       Phone: (303) 625-4066
       Fax: (303) 625-4067
       Email: rh@higgs-law.com
       Counsel for Teresa Youngblut