U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT 19 P 4: 17

CLERK
BY [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cr-00015-cr-1 |
| | ) | |
| TERESA YOUNGBLUT, | ) | |
| Defendant. | ) | |

# Initial Scheduling ORDER

Upon consideration of the parties' Joint Proposal for Initial Scheduling Order, and the matters discussed during the hearing on September 28, 2026, the court hereby imposes the following agreed-upon deadlines:

| | |
|---|---|
| **February 1, 2027** | Deadline for the government to complete its production of non-expert Rule 16 discovery. |
| **February 1, 2027** | Deadline for the defendant to file a motion for informative outline and any motions raising facial challenges to the constitutionality of the Federal Death Penalty Act. |
| **March 3, 2027** | Deadline for the government to file responses to defense motions filed on February 1, 2027. |
| **March 18, 2027** | Deadline for the defendant to file replies to any government responses to the defense motions filed on February 1, 2027. |

The court schedules a status hearing for February 22, 2027, at 1:30 p.m. In advance of that hearing, the parties shall confer and submit a joint proposal for further scheduling in this case. If the parties cannot agree, they shall file their respective proposals regarding scheduling no later than 2/8/27. If the parties reach an agreement and notify the court of such agreement that is acceptable to the court, the court may defer the scheduled status hearing to a later date.

Dated at Burlington, Vermont this 19th day of October, 2026.

Hon. Christina Reiss
United States District Court Chief Judge